Ozema C. PERRYMAN, Appellant,

v.

UNITED STATES of America, Appellee.

No. 11755.

United States Court of Appeals
Sixth Circuit.

Oct. 12, 1953.

Harry Jamerson, Memphis, Tenn., for appellant.

Millsaps Fitzhugh, U. S. Atty., Memphis, Tenn., for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This appeal has been considered on the record and on the briefs of the respective attorneys for the appellant and the appellee;

And it appearing, upon the basis of the findings of fact of the district judge, which are supported by substantial evidence and are not clearly erroneous, and upon the grounds stated in his conclusions of law, based upon supporting authority, notably Huckaby v. United States, 5 Cir., 196 F.2d 307, that proper conclusions of law were drawn;

The judgment of the district court sustaining the motion of the United States for summary judgment in its behalf and for a dismissal of appellant's complaint is affirmed.

Fred A. ZIEGLER and Henrietta E. Ziegler, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 11768.

United States Court of Appeals
Sixth Circuit.

Oct. 16, 1953.

Henry H. Mathis, Lee S. Jones, Louisville, Ky., for petitioners.

H. Brian Holland, Washington, D. C., Kenneth W. Gemmill, Philadelphia, Pa., and S. Dee Hanson, Washington, D. C., for respondent.

Before SIMONS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This appeal having been heard upon the record, briefs and argument of counsel for respective parties;

And the Court being of the opinion that the findings of fact by the Tax Court in which the income tax deficiencies herein involved were determined by use of the net worth method are supported by substantial evidence and are not clearly erroneous, Gariepy v. United States, 6 Cir., 189 F.2d 459, 462–463;

And that the conclusions of law based thereon are not erroneous;

It is ordered that the judgment of the Tax Court be affirmed.